373 A.2d 1131

Commonwealth, Appellant, v. Morgan.

600

Submitted November 8, 1976. Robert E. Colville, District Attorney, for Commonwealth, appellant; G. William Bills, Jr., for appellee.

Order affirmed.